

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellant

v.

**CARRINGTON MORTGAGE SERVICES, LLC**
on behalf of Wells Fargo Bank NA, as Trustee
for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset Backed Pass Through Certificates,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings consistent with this opinion. It is ORDERED that appellants, Maria Jilma Uribe and Jose Carlos Uribe, recover their costs of this appeal from appellee, Carrington Mortgage Services, LLC on behalf of Wells Fargo Bank NA, as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset Backed Pass Through Certificates.

SIGNED February 15, 2017.

_____
Karen Angelini, Justice